IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC REDDEN, | No. CIV S-07-2287-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

      Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On December 28, 2007, the court directed plaintiff to show cause why this action should not be dismissed for failure to file a notice of submission of service documents to the United States Marshal.  Plaintiff filed such notice on January 3, 2008.  The order to show cause is, therefore, discharged.

      IT IS SO ORDERED.

DATED: January 7, 2008

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE