IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC REDDEN, | No. CIV S-07-2287-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). Pursuant to the stipulation of the parties filed on August 4, 2008, the due date for plaintiff's dispositive motion is extended from August 8, 2008, to August 15, 2008. The remainder of the scheduling order is modified accordingly.

///

///

///

///

1

1       IT IS SO ORDERED.

4 DATED: August 6, 2008

                                  **CRAIG M. KELLISON**

                                  UNITED STATES MAGISTRATE JUDGE