```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  LUCILLE GONZALES MEIS
    Regional Chief Counsel
 3  Social Security Administration
    SARAH RYAN
 4  Special Assistant U.S. Attorney
    333 Market Street, Suite 1500
 5  San Francisco, CA 94105
    Telephone: (415) 977-8978
 6  Fax: (415) 744-0134

 7  Attorneys for Defendant
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ERIC REDDEN, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>)<br>)<br>)<br>MICHAEL J. ASTRUE, )<br>Commissioner of Social )<br>Security, )<br>)<br>    Defendant. )<br>_____ ) | Case No. 2:07-CV-07-2287-CMK<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR DEFENDANT'S FIRST EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT;[~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME |

   The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment. The requested extension is necessary for the undersigned Special Assistant United Stated Attorney, Sarah Ryan, to confer further with the Commissioner regarding the issues in the case. The current due date for filing Defendant's responsive motion and brief is September 15, 2008. The requested new due date will be October 14, 2008.

//

1 | All other dates in the Court's Scheduling Order are extended accordingly.

2 | Respectfully submitted,

4 | Dated: September 15, 2008.                    /s/   Bess M. Brewer
5 | BESS M. BREWER
    (Signature authorized by e-mail)
    Attorney for Plaintiff

7 | Dated: September 15, 2008.                    McGREGOR W. SCOTT
8 | United States Attorney
    LUCILLE GONZALES MEIS
9 | Regional Chief Counsel

10 | /s/Sarah Ryan
     SARAH RYAN
11 | Special Assistant U.S. Attorney

12 | Attorneys for Defendant

---

**The request for an extension of time (Doc. 22) is granted.**

**IT IS SO ORDERED:**

DATED:  September 23, 2008

CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE