IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC REDDEN, | No. CIV S-07-2287-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |
| _____/ | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On September 24, 2008, the court directed plaintiff to show cause why this action should not be dismissed for failure to inform the court regarding consent to magistrate judge jurisdiction. Plaintiff filed his notification on September 25, 2008. The order to show cause is, therefore, discharged.

IT IS SO ORDERED.

DATED: September 26, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1