```
McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration
SARAH RYAN, SBOT #17479500
Special Assistant United States Attorney

      333 Market Street, Suite 1500
      San Francisco, California 94105
      Telephone:  (415) 977-8943
      Facsimile:  (415) 744-0134
      E-Mail: sarah.ryan@ssa.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| ERIC REDDEN,  )<br>  )<br>  Plaintiff,  )<br>  )<br>      v.  )<br>  )<br>MICHAEL J. ASTRUE,  )<br>Commissioner of  )<br>Social Security,  )<br>  )<br>  Defendant.  )<br>_____) | CIVIL NO. 2:07-CV-2287-CMK<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO EQUAL ACCESS TO JUSTICE ACT (EAJA), 28 U.S.C. § 2412(d). |

It is stipulated by the parties through their undersigned counsel, with the Court's approval, that Plaintiff, ERIC REDDEN, be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of FIVE THOUSAND and NO/100 DOLLARS ($5,000.00), for compensation for legal services rendered on Plaintiff's behalf, pursuant to 28 U.S.C. § 2412(d), thereby constituting a compromise settlement for all fees under the EAJA in this action, but not constituting any admission of Defendant's liability under the EAJA in this action.

Payment of fees in the amount of FIVE THOUSAND and NO/100 DOLLARS ($5,000.00) shall constitute a complete release from and bar to any and all claims of Plaintiff relating to EAJA fees in connection with this action, without prejudice to any future request for fees under the Social Security Act, 42 U.S.C. § 406(b).

The parties further agree that Plaintiff has executed a valid assignment of all right, title and interest in and to said attorney's fees under the EAJA, in favor of and to his attorney of record, BESS M. BREWER.  The parties stipulate and agree that the EAJA fees shall be paid directly to:

>Bess M. Brewer
>Bess M. Brewer and Associates
>P. O. Box 5088
>Sacramento, CA 95817

WHEREFORE, Plaintiff and Defendant respectfully request that the Court approve their stipulation and agreement, and enter their proposed Order as agreed.

Respectfully submitted,

Dated: October 30, 2008
/s/ Bess M. Brewer
(As authorized via facsimile)
BESS M. BREWER
Attorney for Plaintiff

Dated: October 30, 2008
McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

/s/ Sarah Ryan
SARAH RYAN
Special Assistant U.S. Attorney

Attorneys for Defendant

ORDER

APPROVED AND SO ORDERED.

DATED:  November 12, 2008

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE